UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-31-MOC-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | ORDER |
| | ) | |
| **MARCUS RAEFORD WORTHY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Compassionate Release. (Doc. No. 725).

## ORDER

**IT IS, THEREFORE, ORDERED** that within ten days the Government shall file a response to defendant's motion.

Signed: July 22, 2020

Max O. Cogburn Jr
United States District Judge