IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01cr31-MOC-5

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS RAEFORD WORTHY | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Seal Government's Response. (Doc. No. 732).

The motion to seal is **GRANTED**. **IT IS ORDERED** that the Government's Response and its attached Exhibits and the Government's Motion to Seal in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

Signed: August 5, 2020

Max O. Cogburn Jr.
United States District Judge